IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES J. DAVIS,
D.O.C. # Q00394,

    Plaintiff,

v.                                           4:17cv172–WS/CAS

CAPTAIN WILLIAM HALL,
et al.,

    Defendants.

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (doc. 3) docketed April 14, 2017. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including a determination as to whether Plaintiff qualifies for *in forma pauperis* status in light of 28 U.S.C. § 1915(g).

DONE AND ORDERED this ___10th___ day of ___May___, 2017.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE